1  **RICARDO M. GONZALEZ**
LAW OFFICES OF RICARDO M. GONZALEZ
2  California State Bar No. 98993
101 W. Broadway, Suite 1950
3  San Diego, California 92101
Telephone: (619) 238-9910
4  Fax: (619) 238-9914

5  Attorney for Defendant
Edward Douglas

6

7

8                    **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10                    (HONORABLE MARILYN L. HUFF)

11  UNITED STATES OF AMERICA,       )    Criminal Case No. 07-CR-02605-H
                                    )
12                    Plaintiff,    )    Date:  January 28, 2008
                                    )    Time:  2:00 P.M.
13        v.                        )
                                    )    **NOTICE OF MOTION AND**
14  EDWARD DOUGLAS,                 )    **MOTION FOR DISCOVERY**
                                    )
15                    Defendant.    )
    _____)
16

17  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          LUELLA MENDOZA CALDITO, ASSISTANT U.S. ATTORNEY
18

19        PLEASE TAKE NOTICE that on January 28, 2008, at 2:00 P.M., or as soon thereafter as

20  counsel may be heard, defendant EDWARD DOUGLAS, by and through his counsel, Ricardo

21  M. Gonzalez, will respectfully move the Court for an order to grant the motion as set forth

22  below.

23                              **MOTION**

24        Defendant EDWARD DOUGLAS, by and through his counsel, Ricardo M. Gonzalez,

25  hereby moves this Court, pursuant to Rules 12 and 16 of the Federal Rules of Criminal

26  Procedure, the *Jencks* Act (18 U.S.C. § 3500), *Brady v. Maryland*, 373 U.S. 83 (1963), and its

27  progeny, the Fourth, Fifth, and Sixth Amendments to the Constitution of the United States, and

28  the general supervisory powers of this Court, for an Order compelling the Government to

                                    1                              07cr2605

1 | disclose, or in the case of tangible evidence, to produce for inspection and copying, all evidence

2 | and information in the possession, custody or control of the Government which may be favorable

3 | to the defendant, or material on the issue of guilt or innocence, or which could lead to material

4 | evidence, or evidence or information which could be useful in the examination of witnesses at

5 | trial; and for disclosure and inspection of the information requested in the attached memorandum

6 | of points and authorities.

7 |       This motion is based upon this notice of motion, the accompanying memorandum of

8 | points and authorities, the records and files in the instant case, and on any and all other matters

9 | that may be presented to this Court prior to or at the time of the hearing of this motion.

10 |

11 | Dated: January 28, 2008

12 |

13 |                                       *s/Ricardo M. Gonzalez*
   |                                       RICARDO M. GONZALEZ

14 |                                       Attorney for Defendant
   |                                       Edward Douglas

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2                                                             07cr2605