**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2008, I electronically filed Defendant's Notice of Motion and Motion for Discovery; Memorandum of Points and Athoreties; Application for Order Shortening Time and Declaration in Support of Application with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                         Respectfully submitted,

DATED: 1/22/08                          */s/Ricardo M. Gonzalez*
                                          RICARDO M. GONZALEZ, ESQ.
                                          Attorney for Defendant