**RICARDO M. GONZALEZ**
Attorney at Law
California State Bar No. 98993
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 238-9910
Fax: (619) 238-9914

Attorney for Defendant
Edward Douglas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR02605 |
| Plaintiff, | ) | **APPLICATION FOR ORDER SHORTENING TIME** |
| v. | ) | |
| EDWARD DOUGLAS, | ) | |
| Defendant. | ) | |

Defendant EDWARD DOUGLAS, by and through his attorney, Ricardo M. Gonzalez, hereby makes application for an order shortening time in which to file defendant's Notice of Motion and Motion for Discovery and Memorandum of Points and Authorities in Support of Motion for Discovery so that defendant's motion and supporting points and authorities may be filed on January 22, 2008. The motion hearing date is currently scheduled for January 28, 2008 at 2:00 p.m.

This application for an order shortening time is based on the attached declaration of Ricardo M. Gonzalez.

Dated: January 22, 2008                    Respectfully submitted,


                                            _s/Ricardo M. Gonzalez_
                                            RICARDO M. GONZALEZ
                                            Attorney for Defendant
                                            Edward Douglas