**RICARDO M. GONZALEZ**
LAW OFFICES OF RICARDO M. GONZALEZ
California State Bar No. 98993
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 238-9910
Fax: (619) 238-9914

Attorney for Defendant
Carlos Quintero-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-3214 |
| ) | |
| Plaintiff, ) | **DECLARATION OF RICARDO M. GONZALEZ IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME** |
| ) | |
| v. ) | |
| ) | |
| CARLOS QUINTERO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, RICARDO M. GONZALEZ, declare as follows:

I am the attorney of record for defendant Carlos Quintero-Lopez in the above entitled matter and make this declaration in support of defendant's Application for Order Shortening Time in which to file Defendant's Notice of Motion and Motion for Discovery with accompanying Memorandum of Points and Authorities in support thereof, so that defendant's discovery motion may be filed and served on January 24, 2008. The motion hearing date is scheduled for Monday, February 4, 2008, at 2:00 P.M.

Defendant's motion for discovery was unable to be timely filed for the following reasons: the parties have been negotiating this case and defense believed this case would be resolved without the need to file any motions. However, the case has not yet resolved and the defense needs to file a discovery motion. Assistant United States Attorney David L. Katz has no objection to this late filing.

1  For the foregoing reasons, it is requested that defendant's application for an order shortening time be granted so that defendant's Notice of Motion and Motion for Discovery with accompanying Memorandum of Points and Authorities in support thereof, so that it may be filed and served on January 24, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 24, 2008.

         *s/Ricardo M. Gonzalez*
         RICARDO M. GONZALEZ