**CERTIFICATE OF SERVICE**

    I hereby certify that on January 24, 2008, I electronically filed Defendant's Notice of Motion and Motion for Discovery; Memorandum of Points and Authorities; with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                              Respectfully submitted,

DATED: 1/25/08                            /s/Ricardo M. Gonzalez
                                                   RICARDO M. GONZALEZ, ESQ.
                                                   Attorney for Defendant