```
 1  RICARDO M. GONZALEZ
    LAW OFFICES OF RICARDO M. GONZALEZ
 2  California State Bar No. 98993
    101 W. Broadway, Suite 1950
 3  San Diego, California 92101
    Telephone: (619) 238-9910
 4  Fax: (619) 238-9914

 5  Attorney for Defendant
    Carlos Quintero-Lopez
 6
 7
```

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10                    (HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. 07-CR-3214 |
| 12 | Plaintiff, ) | **DECLARATION OF RICARDO M. GONZALEZ IN SUPPORT OF** |
| 13 | v. ) | **APPLICATION FOR ORDER SHORTENING TIME** |
| 14 | CARLOS QUINTERO-LOPEZ, ) | |
| 15 | Defendant. ) | |
| 16 | _____) | |

17      I, RICARDO M. GONZALEZ, declare as follows:

18      I am the attorney of record for defendant Carlos Quintero-Lopez in the above entitled

19  matter and make this declaration in support of defendant's Application for Order Shortening

20  Time in which to file Defendant's Notice of Motion and Motion for Discovery with

21  accompanying Memorandum of Points and Authorities in support thereof, so that defendant's

22  discovery motion may be filed and served on January 25, 2008. The motion hearing date is

23  scheduled for Monday, February 4, 2008, at 2:00 P.M.

24      Defendant's motion for discovery was unable to be timely filed for the following reasons:

25  the parties have been negotiating this case and defense believed this case would be resolved

26  without the need to file any motions. However, the case has not yet resolved and the defense

27  needs to file a discovery motion. Assistant United States Attorney David L. Katz has no

28  objection to this late filing.

1      For the foregoing reasons, it is requested that defendant's application for an order
2 shortening time be granted so that defendant's Notice of Motion and Motion for Discovery with
3 accompanying Memorandum of Points and Authorities in support thereof, so that it may be filed
4 and served on January 25, 2008.

5      I declare under penalty of perjury that the foregoing is true and correct. Executed on
6 January 25, 2008.

8                    *s/Ricardo M. Gonzalez*
                          RICARDO M. GONZALEZ