**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I electronically filed Application for Order Shortening Time and Declaration in Support of Application with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: 1/25/08         /s/Ricardo M. Gonzalez
RICARDO M. GONZALEZ, ESQ.
Attorney for Defendant