# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-3214-H |
| Plaintiff, ) | **ORDER SHORTENING TIME** |
| v. ) | |
| CARLOS QUINTERO-LOPEZ, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, for good cause shown, that defendant Carlos Quintero-Lopez's Application for an Order Shortening Time dated January 25, 2008, be and is hereby granted and Defendant's Notice of Motion and Motion for Discovery with accompanying Memorandum of Points and Authorities shall be filed and served on January 25, 2008.

SO ORDERED.

DATED: January 28, 2008

_____
Marilyn L. Huff, District Judge
United States District Court