KAREN P. HEWITT
United States Attorney
DAVID L. KATZ
Assistant U.S. Attorney
California State Bar No. 141295
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5226/(619) 235-2757 (Fax)
Email: David.Katz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3214-H |
| Plaintiff, ) | |
| v. ) | **MOTION TO SHORTEN TIME** |
| CARLOS QUINTERO-LOPEZ, ) | |
| Defendant. ) | |

The Government requests an order shortening time to March 4, 2008 to file the attached Government's Response and Opposition to Defendant's Motions.

The grounds for this application are as follows:

1. A Notice of Appearance had not been filed on behalf of the Government, and therefore Government's counsel was not aware that defendant had filed a motion, since he was not notified via ECF email.

DATED: March 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David L. Katz

DAVID L. KATZ
Assistant U.S. Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3214-H |
| Plaintiff, | |
| v. | |
| | CERTIFICATE OF SERVICE |
| CARLOS QUINTERO-LOPEZ, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION TO SHORTEN TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.    Ricardo Gonzalez**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.    None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2008.

                                                          s/ David L. Katz
                                                         DAVID L. KATZ