# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-3214-H |
| Plaintiff, ) | **ORDER SHORTENING TIME** |
| v. ) | |
| CARLOS QUINTERO-LOPEZ, ) | |
| Defendant. ) | |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's Response and Opposition to Defendant's Motions (1) Compel Discovery; and (2) Leave To File Further Motions Together with Statement of Facts, Memorandum of Points and Authorities, and Government's Motion for Reciprocal Discovery may be filed on March 4, 2008.

SO ORDERED.

DATED: March 10, 2008

_____
Marilyn L. Huff, District Judge
United States District Court